**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bobby Yazzie, as Court Appointed Guardian of Cindy Begay,<br><br>Plaintiff,<br><br>and<br><br>Marilyn Begay and Edison Begay, Sr., Individually and as Court Appointed Guardians of Micah Uriah Begay,<br><br>Intervenors<br><br>vs.<br><br>The United States of America; William Killam, M.D.; and JC Nationwide,<br><br>Defendants. | No. CV 04-1350-PCT-SMM<br><br>**ORDER** |

Pending before the Court is Defendant the United States' unopposed Motion to Extend the General Discovery Deadline (dkt. 132). For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the United States' unopposed Motion to Extend the General Discovery Deadline. (Dkt. 132.) The general discovery deadline (excluding experts) shall be extended from December 15, 2006 to February 15, 2007. All other deadlines shall remain as set forth in the Court's July 17, 2006 Order. See Dkt. 131.

DATED this 4th day of December, 2006.

Stephen M. McNamee
United States District Judge