**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Bobby Yazzie, as Court Appointed Permanent Guardian of Cindy Begay, et al.,<br><br>　　Plaintiffs,<br><br>and<br><br>Marilyn Begay and Edison Begay, Sr., as Court Appointed Guardians of Micah Uriah Begay,<br><br>　　Intervenors,<br><br>　　v.<br><br>United States of America, et al.,<br><br>　　Defendants | CIV-04-1350-PCT-SMM<br><br>**ORDER ON STIPULATED EMERGENCY MOTION TO APPROVE SETTLEMENT** |

Pending before the Court is a Joint Motion for Stipulated Emergency Motion to Approve Settlement. (Dkt. 136.) The Parties having stipulated and jointly moved the Court to approve the Settlement entered into by the Parties, and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Joint Motion for Stipulated Emergency Motion to Approve Settlement. (Dkt. 136.)

**IT IS FURTHER ORDERED** that the parties shall file a stipulation of dismissal with prejudice no later than ten calendar days after the funding of the Settlement.

**IT IS FURTHER ORDERED** that a settlement status hearing is set for **Monday, April 30, 2007 at 2:00 p.m.** If the parties file the stipulation of dismissal by Wednesday, April 25, 2007, the settlement status hearing will be vacated.

**IT IS FURTHER ORDERED** approving the Settlement as follows:

Dismissal of private physician Defendant William Killam, M.D. without payment of any money (he is not an agent or employee of the United States, and no funds payable in connection with this settlement with the United States are being paid on his behalf or for his benefit).

Reimbursement from the United States to the Arizona Health Care Cost Containment System (AHCCCS) in the amount of the State's funding share of medical expenses incurred by Cindy Begay (excludes the Federal share of 67.45%) in the amount of $138,126.85.

The following cash, annuities to both Cindy Begay and Micah Begay, and a Trust for Cindy Begay, any balance remaining at her death reverting to Micah Begay, with a total cost of $442,801.85:

   (i)   To American General Life Insurance Company, rated A++ Class 15 by A.M. Best rating service, the sum of One Hundred Fifty-Seven Thousand Eight Hundred Twenty-Two Dollars and 00/100's ($157,822.00) to purchase two annuity contracts to provide the periodic payments specified below.

   (ii)  To Bobby Yazzie, as Court Appointed Permanent Guardian of Cindy Begay, and attorneys, Rosenfelt & Buffington, P.A., the sum of Two Hundred Fifty-Two Thousand Six Hundred Four Dollars and 18/100's ($257,604.18), representing litigation expenses of Twenty-Nine Thousand Forty-Three Dollars and 38/100's ($29,043.38), attorney's fees of Eighty Five Thousand Four Hundred Thirty-Three Dollars and 95/100's ($85,433.95), payment of the AHCCCS lien of One Hundred Thirty-Eight Thousand One Hundred Twenty-Six Dollars and 85/100's ($138,126.85) and Five Thousand Dollars and 00/100's ($5,000.00) payable to Bobby Yazzie for reimbursement of the Guardian's expenses.

   (iii) To Marilyn Begay and Edison Begay, Sr., as Court Appointed Guardians of Micah Uriah Begay and The Glanzer Law Office, the sum of Twenty-Seven Thousand Three Hundred Seventy-Five Dollars and 67/100's ($27,375.67), representing attorney's fees of Seventeen Thousand Seven Hundred Fifty-One Dollars and 04/100's ($17,751.04) and cash of Nine Thousand Six Hundred Twenty-Four Dollars and 63/100's ($9,624.63) for the use and benefit of Micah Uriah Begay.

Attorney's fees shall not exceed 25% of the settlement amount (28 U.S.C. § 2678) and must be paid out of the settlement amount and not in addition thereto.

The United States will purchase the following annuity contracts:

For Cindy Begay - Beginning thirty days after funding, $600.00 per month payable to Bobby Yazzie, as Court Appointed Guardian and Trustee of the Irrevocable Inter Vivos Grantor Medical Care Trust for the Benefit of Cindy Begay, with payments continuing for the life of Cindy Begay.

For Micah Uriah Begay - Beginning thirty days after funding, $250.00 per month payable to Marilyn Begay and Edison Begay, Sr., as Court Appointed Guardians of Micah Uriah Begay, for eleven years and eleven months (143 payments guaranteed). Then, beginning thirty days after the final payment to the court appointed guardians of Micah Uriah Begay, $250.00 per month payable directly to Micah Uriah Begay for two months (2 payments guaranteed). In addition, payable to Micah Uriah Begay, on March 17, 2019 a guaranteed lump sum of $35,771.26.

DATED this 20th day of February, 2007.

Stephen M. McNamee
United States District Judge