**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Bobby Yazzie, as Court Appointed Permanent Guardian of Cindy Begay,<br><br>  Plaintiff,<br><br>v.<br><br>The United States of America<br><br>  Defendant. | NO. CIV 04-01350-PCT-SMM<br>**ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties (Doc. 139) and Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice and without costs or fees.

**IT IS FURTHER ORDERED** that the settlement status hearing set for **Monday, April 30, 2007 at 2:00pm**, is hereby **VACATED**.

DATED this 28th day of March, 2007.

_____
Stephen M. McNamee
United States District Judge